UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

SAMMIE L. HARRIS, JR. and
MARY J. HARRIS,
    Debtors.

Case No. 18-01530
Chapter 13
Hon. Scott W. Dales
Filed: April 4, 2018

## ORDER ON DEBTORS' MOTION TO EXTEND THE AUTOMATIC STAY

    This matter came before the Court on the Debtors' Motion to Extend the Automatic Stay. That motion was necessitated by the dismissal of a prior bankruptcy filing by the Debtor within the year proceeding the filing of this bankruptcy proceeding. Unless extended as requested by the Debtors' motion, the automatic stay imposed by Section 362(a) would be automatically modified as provided in 11 U.S.C. § 362(c)(3)(A). The Debtors properly served her motion, more than 14 days have elapsed since the date of service, no objections have been filed or any objection filed has been resolved, and the Court is otherwise fully advised in the premises;

    IT IS HEREBY ORDERED: the Debtors' motion is GRANTED with respect to all creditors and other parties in interest who were served with the Debtors' Motion to Extend the Automatic Stay. The automatic stay imposed by Section 362(a) is therefore extended without modification beyond the initial 30-day period following the Debtors' petition date until further order of the Court. 11 U.S.C. § 362(c)(3)(B).

END OF ORDER

Prepared by:

DIETRICH LAW FIRM
3815 W. Saint Joseph St., Ste. A-200
Lansing, MI 48917